UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| VICKI TEETOR, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:15-CV-01002-HEA |
| ROCK-TENN SERVICES, INC., | ) | |
| Defendant. | ) | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

COMES NOW Plaintiff VICKIE TEETOR, by and through counsel, and files the following Trial Exhibit List:

| EXH. NO. | DESCRIPTION | WILL USE | MAY USE | OFF. | ADM. |
|---|---|---|---|---|---|
| 1. | Plaintiff's Amended Notice of F.R.C.P 30(b)(6) Deposition of Defendant, with EXHIBIT A attached (Plaintiff's Dep. Ex. 1) | | X | | |
| 2. | Employment Policies, Section A.1 (WESTROCK 103-104; Plaintiff's Dep. Ex. 2) | | X | | |
| 3. | Vacation and Leave Policies, Section A.7 (WESTROCK 140-141; Plaintiff's Dep. Ex. 3 | | X | | |
| 4. | September 6, 2013 email chain (WESTROCK 1917-1918; Plaintiff's Dep. Ex. 4) | | X | | |
| 5. | Emails between Vigna and Plaintiff (WESTROCK 1905, 1935, 2074, 1233, 1340, 2218, TEETOR 1054-1055, WESTROCK 1400-1401, 2317, 2408, 2411, 1622, 1629, 2428, 1746, 1754, 1773, 2623, 1790; Plaintiff's Dep. Ex. 5) | X | | | |
| 6. | Defendant's First Amended Answers and Objections to Plaintiff's First Set of Interrogatories Directed to Defendant (Plaintiff's Dep. Ex. 6) | X | | | |
| 7. | 2015 Operations Attendance Calendar (WESTROCK 338, Plaintiff's Dep. Ex. 7) | X | | | |

1

| EXH. NO. | DESCRIPTION | WILL USE | MAY USE | OFF. | ADM. |
|---|---|---|---|---|---|
| 8. | Calendar (WESTROCK 630-691; Plaintiff's Dep. Ex. 8) | | X | | |
| 9. | Operations Team Vacation Schedule (WESTROCK 331-337; Plaintiff's Dep. Ex. 9). | | X | | |
| 10. | Employee Earnings Records (WESTROCK 616-629) | X | | | |
| 11. | Progressive Disciplinary Process (WESTROCK 201; Plaintiff's Dep. Ex. 11) | | X | | |
| 12. | Dunehew employment documents (WESTROCK 715-723; Plaintiff's Dep. Ex. 12) | | X | | |
| 13. | Dunehew February 18, 2014 email (WESTROCK 724; Plaintiff's Dep. Ex. 13) | | X | | |
| 14. | Plaintiff's 2012 Performance Review (WESTROCK 192-193; Plaintiff's Dep. Ex. 14) | X | | | |
| 15. | Plaintiff's 2013 Performance Review (WESTROCK 194-196; Plaintiff's Dep. Ex. 15) | X | | | |
| 16. | Plaintiff's 2014 Performance Review (WESTROCK 197-198; Plaintiff's Dep. Ex. 16) | | X | | |
| 17. | Performance Improvement Plan (WESTROCK 259-261; Plaintiff's Dep. Ex. 17) | | X | | |
| 18. | Vigna April 28, 2014 email (WESTROCK 2120-2121; Plaintiff's Dep. Ex. 18) | | X | | |
| 19. | Performance Improvement Plan (WESTROCK 262-264; Plaintiff's Dep. Ex. 19) | | X | | |
| 20. | Vigna January 26, 2015 email with document attached (WESTROCK 266-269; Plaintiff's Dep. Ex. 20) | | X | | |
| 21. | Vigna January 27, 2015 email (WESTROCK 270-273; Plaintiff's Dep. Ex. 21) | | X | | |
| 22. | January 27, 2015 email chain (WESTROCK 2614-2616; Plaintiff's Dep. Ex. 22) | | X | | |

2

| EXH. NO. | DESCRIPTION | WILL USE | MAY USE | OFF. | ADM. |
|---|---|---|---|---|---|
| 23. | Vigna January 28, 2015 email (WESTROCK 2624; Plaintiff's Dep. Ex. 23) | | X | | |
| 24. | January 29, 2015 email chain (WESTROCK 2645-2648; Plaintiff's Dep. Ex. 24) | X | | | |
| 25. | February 2, 2015 email chain (WESTROCK 2700-2701; Plaintiff's Dep. Ex. 25 | | X | | |
| 26. | Wood/Vigna January 29, 2015 email chain (WESTROCK 2666-2669; Plaintiff's Dep. Ex. 26) | X | | | |
| 27. | January 29, 2015 email chain (WESTROCK 2670-2672; Plaintiff's Dep. Ex. 27 | | X | | |
| 28. | Vigna/Crumpley emails (WESTROCK 2720-2730, 2747-2753, 2762-2768, 2771-2777; Plaintiff's Dep. Ex. 28) | | X | | |
| 29. | March 24, 2015 email chain (WESTROCK 2964-2967; Plaintiff's Dep. Ex. 29) | X | | | |
| 30. | March 26, 2015 letter from Hammell to Plaintiff (WESTROCK 265; Plaintiff's Dep. Ex. 30) | X | | | |
| 31. | Vigna/Hammell March 27, 2015 email chain (WESTROCK 274-275; Plaintiff's Dep. Ex. 31) | X | | | |
| 32. | Jernstad employment documents (WESTROCK 763-777; Plaintiff's Dep. Ex. 32) | | X | | |
| 33. | Simmons employment documents (WESTROCK 789-794; Plaintiff's Dep. Ex. 33) | | X | | |
| 34. | Tuhro employment documents (WESTROCK 795-796,798; Plaintiff's Dep. Ex. 34) | | X | | |
| 35. | Defendant's Answers and Objections to Plaintiff's First Set of Interrogatories Directed to Defendant (Plaintiff's Dep. Ex. 35) | | X | | |
| 36. | January 27, 2015 email chain (WESTROCK 2614-2616; Plaintiff's Dep. Ex. 36) | | X | | |

3

| EXH. NO. | DESCRIPTION | WILL USE | MAY USE | OFF. | ADM. |
|---|---|---|---|---|---|
| 37. | January 29, 2015 email chain (WESTROCK 2645-2648; Plaintiff's Dep. Ex. 37) | X | | | |
| 38. | Wood/Vigna January 29, 2015 email chain (WESTROCK 2666-2669; Plaintiff's Dep. Ex. 38) | X | | | |
| 39. | March 24, 2015 email chain (WESTROCK 2964-2967; Plaintiff's Dep. Ex. 39) | X | | | |
| 40. | March 26, 2015 letter from Hammell to Plaintiff (WESTROCK 265; Plaintiff's Dep. Ex. 40) | X | | | |
| 41. | MacDonald March 23, 2015 email (WESTROCK 2931; Plaintiff's Dep. Ex. 41) | | X | | |
| 42. | Plaintiff's Amended Notice of F.R.C.P 30(b)(6) Deposition of Defendant, with EXHIBIT A attached (Plaintiff's Dep. Ex. 42) | | X | | |
| 43. | Plaintiff's Employee Earnings Record (WESTROCK 303-330; Plaintiff's Dep. Ex. 43) | X | | | |
| 44. | 2015 Operations Attendance Calendar (WESTROCK 338-339; Plaintiff's Dep. Ex. 44) | X | | | |
| 45. | Defendant's First Amended Answers and Objections to Plaintiff's First Set of Interrogatories Directed to Defendant (Plaintiff's Dep. Ex. 45) | X | | | |
| 46. | March 26, 2015 letter from Hammell to Plaintiff (WESTROCK 265; Plaintiff's Dep. Ex. 46) | X | | | |
| 47. | March 18, 2015 email (WESTROCK 2881-2882; Plaintiff's Dep. Ex. 47) | X | | | |
| 48. | March 24, 2015 email chain (WESTROCK 2973-2977; Plaintiff's Dep. Ex. 48) | | X | | |
| 49. | May 14, 2015 letter to Plaintiff (WESTROCK 510-511; Plaintiff's Dep. Ex. 49) | | X | | |
| 50. | January 27, 2015 email (WESTROCK 2616; Plaintiff's Dep. Ex. 50) | X | | | |

4

| EXH. NO. | DESCRIPTION | WILL USE | MAY USE | OFF. | ADM. |
|---|---|---|---|---|---|
| 51. | January 29, 2015 email chain (WESTROCK 2645-2648; Plaintiff's Dep. Ex. 51) | X | | | |
| 52. | February 2, 2015 email chain (WESTROCK 2700-2701; Plaintiff's Dep. Ex. 52) | X | | | |
| 53. | Plaintiff July 21, 2014 email (WESTROCK 1382) | X | | | |
| 54. | Plaintiff July 24, 2014 email (WESTROCK 1383) | X | | | |
| 55. | Plaintiff July 25, 2014 email (WESTROCK 1384) | X | | | |
| 56. | Plaintiff July 28, 2014 email (WESTROCK 1385) | X | | | |
| 57. | Plaintiff August 1, 2014 email (WESTROCK 1389) | X | | | |
| 58. | Plaintiff August 3, 2014 email (WESTROCK 1393) | X | | | |
| 59. | Plaintiff August 4, 2014 email (WESTROCK 1401) | X | | | |
| 60. | Plaintiff October 21, 2014 email (WESTROCK 1552) | X | | | |
| 61. | Plaintiff October 23, 2014 email (WESTROCK 1593) | X | | | |
| 62. | Plaintiff January 23, 2015 email (WESTROCK 1754) | X | | | |
| 63. | Plaintiff January 27, 2015 email (WESTROCK 1773) | X | | | |
| 64. | Plaintiff January 24, 2015 email (WESTROCK 1784) | X | | | |
| 65. | Aon Hewitt January 29, 2015 email (WESTROCK 2627-2628) | X | | | |
| 66. | Vigna January 30, 2015 email (WESTROCK 2694) | | X | | |
| 67. | McDonald March 10, 2015 email (WESTROCK 2842) | | X | | |
| 68. | Aon Hewitt March 19, 2015 emails (WESTROCK 2883, 2888) | | X | | |
| 69. | Teetor March 23, 2015 email (WESTROCK 2889) | | X | | |
| 70. | March 23, 2015 email chain (WESTROCK 2954-2955) | | X | | |

| EXH. NO. | DESCRIPTION | WILL USE | MAY USE | OFF. | ADM. |
|---|---|---|---|---|---|
| 71. | Hammell March 23, 2015 email (WESTROCK 2929) | | X | | |
| 72. | Vigna/Teetor email chain (WESTROCK 1795) | | X | | |
| 73. | January 30, 2015 letter to Plaintiff (WESTROCK 471-473) | X | | | |
| 74. | January 30, 2015 letter to Plaintiff (TEETOR 372-374) | X | | | |
| 75. | February 12, 2015 letter to Plaintiff (WESTROCK 483-484) | X | | | |
| 76. | February 12, 2015 letter to Plaintiff (TEETOR 368-369) | X | | | |
| 77. | March 2, 2015 letter to Plaintiff (WESTROCK 486-487) | X | | | |
| 78. | March 2, 2015 letter to Plaintiff (TEETOR 366-367) | X | | | |
| 79. | March 10, 2015 letter to Plaintiff (TEETOR 361-362) | X | | | |
| 80. | March 10, 2015 letter to Plaintiff (TEETOR 249-250) | X | | | |
| 81. | March 18, 2015 letter to Plaintiff (WESTROCK 498-499) | X | | | |
| 82. | March 18, 2015 letter to Plaintiff (TEETOR 359-360) | X | | | |
| 83. | March 25, 2015 letter to Plaintiff (WESTROCK 501) | X | | | |
| 84. | March 25, 2015 letter to Plaintiff (TEETOR 357-358) | X | | | |
| 85. | April 6, 2015 letter to Plaintiff (TEETOR 232) | X | | | |
| 86. | April 7, 2015 letter to Plaintiff (TEETOR 230) | X | | | |
| 87. | Select Claim Notes (WESTROCK 412) | | X | | |
| 88. | Claim Notes (WESTROCK 399-469) | | X | | |
| 89. | Plaintiff's Calendar/Planner (TEETOR 976-1051) | | X | | |
| 90. | Dunehew Severance Agreement (WESTROCK 2990-2996) | | X | | |
| 91. | Poos medical records (TEETOR 803, 831-840) | | X | | |

6

| EXH. NO. | DESCRIPTION | WILL USE | MAY USE | OFF. | ADM. |
|---|---|---|---|---|---|
| 92. | Paul MacDonald Declaration (ECF Doc. No. 55-2) | | X | | |
| 93. | Sean Vigna Declaration (ECF Doc. No. 55-5) | | X | | |
| 94. | Defendant's Responses and Objections to Plaintiff's First Request for Admissions Directed to Defendant | | X | | |
| 95. | Defendant's Amended Responses and Objections to Plaintiff's First Request for Admissions Directed to Defendant | | X | | |
| 96. | Plaintiff's March 17, 2015 email (WESTROCK 2866) | | X | | |

Respectfully submitted,

**RIGGAN LAW FIRM LLC**

  /s/  Russell C. Riggan
Russell C. Riggan  #53060
Samuel W. Moore  #58526
132 W. Washington Ave., Ste. 100
Kirkwood MO  63122
314-835-9100
314-735-1054 fax
russ@rigganlawfirm.com
smoore@rigganlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

A copy of this document was issued to all attorneys of record via the Court's electronic filing system on the date filed.

  /s/  Russell C. Riggan