UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | | |
|---|---|---|
| VICKI TEETOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case: 4:15-cv-01002-HEA |
| | ) | |
| v. | ) | |
| | ) | |
| ROCK-TENN SERVICES INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Vicki Teetor ("Plaintiff") and Defendant Rock-Tenn Services Inc. ("Defendant") hereby notify the Court that they have reached a settlement of all of Plaintiff's claims. The parties request a stay of these proceedings to permit them time to finalize the terms of the settlement and to file a joint stipulation of dismissal.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew J. Weissler* | */s/ Russell C. Riggan* |
| Randall S. Thompson | Russell C. Riggan |
| A.J. Weissler | Samuel W. Moore |
| 190 Carondelet Plaza, Suite 600 | Riggan Law Firm, LLC |
| St. Louis, Missouri 63105 | 132 W Washington Avenue, Suite 100 |
| Telephone: (314) 480-1500 | Kirkwood, Missouri 63122 |
| Facsimile: (314) 480-1505 | russ@rigganlawfirm.com |
| randy.thompson@huschblackwell.com | smoore@rigganlawfirm.com |
| aj.weissler@huschblackwell.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

SLC-8400566-1